IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEODORE J. THOMPSON,

    Plaintiff,

v.                                  Case No.  3:12cv4/MCR/CJK

GREYHOUND LINES, INC., et al.,

    Defendants.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 14, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation (doc. 11) the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. To the extent plaintiff seeks to invoke this Court's diversity jurisdiction, the Court will DISMISS this action for lack of subject matter jurisdiction.

3. To the extent plaintiff seeks to invoke this Court's federal question jurisdiction by asserting § 1983 claims based on the alleged violation of plaintiff's constitutional rights, the Court will DISMISS plaintiff's federal claims WITH PREJUDICE for failure to state a claim upon which relief may be granted, and the Court willl decline to exercise supplemental jurisdiction over plaintiff's state-law claims and DISMISS those claims WITHOUT PREJUDICE.  *See United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726, 86 S.Ct. 1130, 1139, 16 L.Ed.2d 218 (1966); *Raney v. Allstate Ins. Co.*, 370 F.3d 1086, 1089 (11th Cir. 2004) (We have encouraged district courts to dismiss any remaining state claims when, as here, the federal claims have been dismissed prior to trial.").

4.   The Clerk should be directed to close this file.

DONE AND ORDERED this 1st day of March, 2012.

<u>*M. Casey Rodgers*</u>
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE